IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL BEHR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>USAA SAVINGS BANK,<br><br>　　　　　Defendant. | CV 19-157-M-DLC-KLD<br><br>**ORDER** |

Defendant moves for the admission of David M. Krueger to practice before this Court in this case with Mark L. Stermitz and Brett P. Clark to act as local counsel. Mr. Krueger's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit David M. Krueger pro hac vice is GRANTED on the condition that Mr. Krueger shall do his own work. This means that Mr. Krueger must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Krueger, within fifteen (15) days of the date of this Order, files a pleading

acknowledging his admission under the terms set forth above.

DATED this 29th day of October, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge