**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| MICHAEL BEHR,<br>            Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK,<br>            Defendant. | Case No. 9:19-cv-00157-DLC-KLD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Michael Behr, and Defendant, USAA Savings Bank, hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with the parties to bear their own costs and attorney fees.

Respectfully submitted on this 2nd day of January, 2020.

| | |
|---|---|
| */s/ David Krueger* | */s/ Carlos C. Alsina* |
| David Krueger | Carlos C. Alsina-Batista |
| Admitted Pro Hac Vice | CA Bar No. 327286 |
| BENESCH, FRIEDLANDER | Admitted Pro hac vice |
| COPLAN & ARONOFF LLP | The Law Offices of Jeffrey Lohman, P.C |
| 200 Public Square, Suite 2300 | 4740 Green River Rd., Ste 310 |
| Cleveland, Ohio 44114 | Corona, CA 92880 |
| Tel: (216) 363-4500 | Tel: (657) 363-3331 |
| Facsimile: (216) 363-4588 | F: (657) 246-1311 |
| Email: dkrueger@beneschlaw.com | Email: CarlosA@jlohman.com |
| *Attorney for Defendant,*<br>*USAA Savings Bank* | *Attorney for Plaintiff, Michael Behr* |

| | |
|---|---|
| */s/ Mark L. Stermitz* | */s/ Nik Geranios* |
| Mark L. Stermitz | Nik G. Geranios |
| CROWLEY FLECK PLLP | Bar ID No. 4379 |
| 305 S. 4th Street E., Suite 100 | Geranios Law, PLLC |
| Missoula, MT 59801-2701 | 120 Hickory Street, Suite B |
| Telephone: (406) 523-3600 | Missoula, MT 59801 |
| Facsimile: (406) 523-3636 | Tel. 406-541-3565 |
| mstermitz@crowleyfleck.com | Fax 866-473-8348 |
| *Attorney for Defendant, USAA Savings Bank* | Email: nik@geranioslaw.com |
| | *Attorney for Plaintiff, Michael Behr* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2020, I electronically filed the foregoing Stipulation of Dismissal WITH PREJUDICE using the CM/ECF System, which will notify all registered parties.

**David Krueger**
**Nora K. Cook**
Admitted Pro Hac Vice
BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Tel: (216) 363-4500
Facsimile: (216) 363-4588
Email: dkrueger@beneschlaw.com
           NCook@beneschlaw.com
Attorneys for Defendant,
USAA Savings Bank

**Mark L. Stermitz**
CROWLEY FLECK PLLP
305 S. 4th Street E., Suite 100

Missoula, MT 59801-2701
Telephone: (406) 523-3600
Facsimile: (406) 523-3636 mstermitz@crowleyfleck.com
*Attorney for Defendant,*
*USAA Savings Bank*

**Nik G. Geranios**
Bar ID No. 4379
Geranios Law, PLLC
120 Hickory Street, Suite B
Missoula, MT 59801
Tel. 406-541-3565
Fax 866-473-8348
Email: nik@geranioslaw.com
*Attorney for Plaintiff, Michael Behr*

*/s/ Carlos C. Alsina*
Carlos C. Alsina-Batista
(CA Bar No. 327286)
Admitted *Pro hac vice*
Attorney for Plaintiff, Michael Behr